**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| WALTER HALL, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3:26-cv-35 |
| ) | |
| v. ) | |
| ) | |
| CPC PARTS DELIVERY LLC, and ) | |
| CPC SERVICES, INC. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF REMOVAL**

PURSUANT TO 28 U.S.C. § 1441, 1446, 1332, and Local Rule 81, Defendants CPC Parts Delivery, LLC (incorrectly identified as "CPC Parts Delivery LLC" in Plaintiff, Walter Hall's Petition at Law, and hereinafter, individually, "CPC Parts Delivery") and CPC Services, Inc. (hereinafter, individually, "CPC Services", and collectively with CPC Parts Delivery, "Defendants"), by and through their undersigned attorneys, hereby give notice that the civil action presently pending in the Iowa District Court for Scott County, Iowa, identified as "WALTER HALL v. CPC PARTS DELIVERY LLC and CPC SERVICES, INC.", Case No. LACE140695, is removed to this Court without waiving any rights to which Defendants may be entitled, and further state:

1.    Pursuant to 28 U.S.C. § 1446(a) and LR 81a.1., copies of all record documents, including all orders, pleadings, and process which have to date been served upon Defendants, in the state case, are attached as Exhibit A.

2.    The undersigned states that as of the date of filing Defendants' Notice of Removal, no other documents other than the Petition at Law, Civil Original Notice, Jury Demand, Affidavit of Service (for CPC Parts Delivery, LLC), and Affidavit of Service (for CPC Services, Inc.) have been

1

filed in the Iowa District Court for Scott County. *See* Exh. A. No motions were/are pending in the state court action which would require resolution by this Court.

3.      The only matters that are pending in the Iowa District Court for Scott County that require a resolution are the matters raised in the Plaintiff's Petition at Law, which as of the time of filing Defendants' Notice of Removal have not yet been answered nor has a responsive pleading been filed yet in response to Plaintiff's Petition at Law. *See* Exh. A.

4.      Attorney Mark A. King of King Law, PLLC represents the Plaintiff, Walter Hall. Attorney Mark A. King filed Plaintiff's Petition at Law and appeared in the state court action. Attorney Mark A. King's contact information is:

> Mark A. King
> King Law, PLLC
> 1000 73rd Street, Suite 22
> West Des Moines, IA 50265
> Telephone: 515-444-8035
> Fax: 515-446-9590
> E-mail: mark@iowalawking.com

5.      The Petition at Law in the above action was served on Defendants on April 17, 2026. In compliance with 28 U.S.C. § 1446(b), Defendants' Notice of Removal is timely filed within thirty (30) days of a Defendant first ascertaining that this case is removable. Removal in this case is timely.

6.      Removal of this action is proper under 28 U.S.C. § 1441 and 1332, as this is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because there is complete diversity of citizenship between Plaintiff and the Defendants, and the amount in controversy is anticipated to exceed $75,000.00, exclusive of interest and costs.

7.      Plaintiff is a citizen and resident of Scott County, Iowa, as alleged in his Petition at Law. *See* Exh. A, Pltf.'s Petition at Law, ¶ 1.

8.      Defendant, CPC Services is a Missouri Corporation licensed to do business in Iowa, with its principal place of business at 14528 S. Outer 40 Rd., Ste. 210, Chesterfield, MO 63017. *See*

2

Exhibit B, Declaration of Duane Trower and Exhibit C, the Business Entity Summary from the Iowa Secretary of State, attached hereto and incorporated herein. "[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business . . ." 28 U.S.C. § 1332(c)(1). Accordingly, Defendant, CPC Services is a citizen of Missouri both by way of its incorporation therein and its principal place of business residing therein, and with neither residing in Iowa.

9.    Defendant, CPC Parts Delivery, is a Limited Liability Company and therefore this Court must consider the citizenship of its members. *Cleek v. Ameristar Casino Kansas City, LLC,*47 F.4th 629, 634 (8th Cir. 2022) *citing GMAC Comm. Credit LLC v. Dillard Dept. Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004).

10.    Diversity jurisdiction requires "complete diversity", "meaning that federal courts lack diversity jurisdiction if any plaintiff is a citizen of the same state as any defendant." *Id.*, *citing Halsey v. Townsend Corp. of Ind.*, 20 F.4th 1222, 1226 (8th Cir. 2021).

11.    In *GMAC*, the Eighth Circuit held that "an LLC's citizenship is that of its members for diversity jurisdiction purposes." *GMAC*, 357 F.3d at 829, *see also Cleek*, 47 F.4th at 634-635.

12.    The sole member of Defendant CPC Parts Delivery is Defendant CPC Services. *See* Exh. B.

13.    As previously stated, and supported by the Declaration of Duane Trower, CPC Services is a corporation organized and with its principal place of business in Missouri, and accordingly is a Missouri citizen for diversity purposes. *See* Exh. B.

14.    As its sole member is a citizen of Missouri and its principal place of business is also 14528 S. Outer 40 Rd., Ste. 210, Chesterfield, MO 63017, CPC Parts Delivery, too, is a citizen of Missouri. *See* Exhibit B, Declaration of Duane Trower and Exhibit D, the Business Entity Summary from the Iowa Secretary of State, attached hereto and incorporated herein.

15. As Plaintiff is in complete diversity of all/both named Defendants, this action is properly removable from the Scott County District Court of the State of Iowa in which it is now pending, to the United States District Court for the Southern District of Iowa, Eastern Division if it meets the threshold of an amount in controversy that exceeds the sum or value of $75,000.00, exclusive of interest and costs. *See* 28 U.S.C. § 1332(a)

16. On information and belief, the amount in controversy for this action exceeds the sum or value of $75,000.00, exclusive of interest and costs. Plaintiff's Petition at Law asserts the following claims: (1) intentional infliction of emotional distress (Exh. A, Pltf.'s Petition at Law, Count I); (2) malicious prosecution (Exh. A, Pltf.'s Petition at Law, Count II); (3) defamation, libel, and slander (Exh. A, Pltf.'s Petition at Law, Count III); and abuse of process (Exh. A, Pltf.'s Petition at Law, Count IV). Further, Plaintiff has pled a Count V for punitive damages. (Exh. A, Pltf.'s Petition at Law, Count V).

17. Iowa Code 619.18 indicates that "[i]n an action for personal injury . . . the amount of money damages demanded shall not be stated in the petition, original notice, or any counterclaim or cross-petition. However, a party filing the petition, original notice, counterclaim, or cross-petition shall certify to the court that the action meets applicable jurisdictional requirements for amount in controversy."

18. The Iowa Rules of Civil Procedure similarly indicates that "[e]xcept in small claims and cases involving only liquidated damages, a pleading shall not state the specific amount of money damages sought but shall state whether the amount of damages meets applicable jurisdictional requirements for the amount in controversy." IRCP 1.403(1).

19. Accordingly, there is no specific allegation as to the amount in controversy in Plaintiff's Petition at Law.

20.     Similarly, there has been no settlement demand made, nor has any discovery been undertaken.

21.     Pursuant to 28 U.S.C. § 1446(c)(2), "[i]f removal of a civil action is sought on the basis of the jurisdiction conferred by section 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy, except that . . . (A) the notice of removal may assert the amount in controversy if the initial pleadings seeks - . . . (ii) a money judgment, but the State practice either does not permit demand for a specific sum or permits recovery of damages in excess of the amount demanded; and (B) removal of the action is proper on the basis of an amount in controversy asserted under subparagraph (A) if the district court finds, by the preponderance of the evidence, that the amount in controversy exceeds the amount specified in subsection 1332(a)."

22.     The Petition at Law alleges that agents and/or employees of the Defendants entered a conspiracy to fabricate a false narrative to have the Plaintiff criminally charged in the State of Illinois and have Plaintiff's employment terminated. Exh. A, Pltf.'s Petition at Law, ¶ 26, 35.

23.     The Petition at Law alleges that Hall was criminally charged in the State of Illinois, in a criminal proceeding that seemingly proceeded until approximately October 15, 2024. Exh. A, Pltf.'s Petition at Law, ¶ 35.

24.     The Petition at Law alleges that the "fraudulent conspiracy continued through at least January 30, 2026." Exh. A, Pltf.'s Petition at Law, ¶ 39.

25.     All four of the Counts I through IV claim "lost wages" as an element of damages. Exh. A, Pltf.'s Petition at Law, ¶29, ¶38, ¶45, and ¶55.

26.     At the time of his termination on October 24, 2023, the Plaintiff was paid at a rate of $29.15 per hour and was overtime eligible. *See* Exh. B. This resulted in his earnings for the year 2023 being in excess of $67,000.00, despite being terminated with two months remaining in 2023. If Plaintiff earned only that amount in 2024 and again in 2025, the amount in controversy for lost wages alone,

well exceeds the $75,000.00 threshold for complete diversity. Needless to say, the amount in controversy for his claims of pain and suffering, attorneys fees, and punitive damages only drive the amount in controversy further north of the threshold figure.

27.    Beyond those lost wages, verdicts for intentional infliction of emotional distress have routinely resulted in judgments beyond the $75,000.00 threshold. *See e.g. Caselli v. Borchers*, Iowa App. Ct. 22-1207, 997 N.W.2d 894 (Iowa App. Ct, Oct. 11, 2023) (jury verdict of $701,000 for intentional infliction of emotional distress, reversed and remanded on liability issues); *Smith v. Iowa State University of Science & Technology*, 851 N.W.2d 1 (Iowa 2014) ($500,000 award for noneconomic damages for intentional infliction of emotional distress were within 'the range of reasonableness' and left undisturbed.).

28.    Similarly, juries have awarded substantially more than $75,000.00 on defamation claims. *See Hoffman v. Clark*, 975 N.W.2d 656 (Iowa 2022) ("A jury awarded Hoffmann Innovations, Inc., and its owner Jerry Hoffmann $11 million in compensatory and punitive damages against a fired employee, Scott Clark, and his new competing company based mainly on defamatory statements that Clark made on social media, online forums, and in podcasts.") The Court declined to apply remitter to the jury's $1,000,000 award for libel per se damages to the individual plaintiff. *Id.* at 668.

29.    Similarly, jury verdicts for "malicious prosecution" or "abuse of process" have exceeded the $75,000.00 threshold. *See e.g. Venable v. Commissioner*, 86 T.C.M. 254, 255 (U.S. Tax Ct. August 13, 2003) (A malicious prosecution action for the plaintiff had obtained a jury verdict of $437,300, with $150,000 for mental anguish and $275,000 for loss to reputation); *Klooster v. North Iowa State Bank*, 404 N.W.2d 564 (Iowa 1987) (a jury awarded $50,000.00 in actual damages plus $25,000.00 in punitive damages for abuse of process in 1987).

30.    Accordingly, the Plaintiff sharing no citizenship with any named Defendant, and the amount in controversy in this matter exceeding $75,000.00, removal of this action from the Iowa

6

District Court for Scott County to the United States District Court for the Southern District of Iowa, Eastern Division is appropriate.

31.    Both Defendants, CPC Services, Inc. and CPC Parts Delivery, LLC consent to this matter being removed from the Iowa District Court for Scott County to the United States District Court fo the Southern District of Iowa, Eastern Division. *See* Declaration of Duane Trower.

32.    Pursuant to 28 U.S.C. § 1446(d), concurrent with the filing and service of Defendants' Notice of Removal, said notice of Removal has been served upon counsel for the Plaintiff:

Mark A. King
King Law, PLLC
1000 73rd Street, Suite 22
West Des Moines, IA 50265
Telephone: 515-444-8035
Fax: 515-446-9590
E-mail: mark@iowalawking.com

33.    Further, pursuant to 28 U.S.C. § 1446(d), a copy of Defendants' Notice of Removal, along with Defendants' Notice of Filing Notice of Removal will be filed with the Clerk of the District Court of Scott County, Iowa.

WHEREFORE, the Defendants respectfully pray that this action be removed to the United States District Court for the Southern District of Iowa, Eastern Division.

Dated this 6th day of May, 2026.

**Defendants, CPC Parts Delivery, LLC (incorrectly identified as "CPC Parts Delivery LLC" in Plaintiff's Petition at Law) and CPC Services, Inc.**
By:  /s/  Joseph H. Laverty
Joseph H. Laverty
Wessels Sherman P.C.
101 West Second Street, Suite 307
Davenport, IA 62801
Tel: 563-333-9102 |Fax: 563-333-9105
JoLaverty@WesselsSherman.com
**Attorney for Defendants**

7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**EASTERN DIVISION**

| | |
|---|---|
| WALTER HALL, | ) |
| | ) |
| Plaintiff, | ) CASE NO.  3:26-cv-35 |
| | ) |
| v. | ) |
| | ) |
| CPC PARTS DELIVERY LLC, and | ) |
| CPC SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 6, 2026, he served a true and correct copy of **DEFENDANTS'
NOTICE OF REMOVAL** to the Clerk of the Court for Filing and uploading via the CM/ECF
system and via United States Mail, First Class Postage Prepaid, and email, to the individual below,
which provides service upon the following individual:


Mark A. King
King Law, PLLC
1000 73rd Street, Suite 22
West Des Moines, IA 50265
Telephone: 515-444-8035
Fax: 515-446-9590
E-mail: mark@iowalawking.com



 /s/Joseph H. Laverty
Joseph H. Laverty

8

E-FILED  2026 APR 16 8:58 PM SCOTT - CLERK OF DISTRICT COURT

## IOWA DISTRICT COURT IN AND FOR SCOTT COUNTY

| | |
|---|---|
| WALTER HALL,<br><br>      Plaintiff,<br><br>v.<br><br>CPC PARTS DELIVERY LLC, and CPC SERVICES, INC.,<br><br>      Defendant. | CASE NO.<br><br><br>**JURY DEMAND** |

COMES NOW the Plaintiff, by and through his undersigned attorney, and hereby requests

trial by jury on all issues involved herein.

> **KING LAW, PLLC**
> 1000 73rd Street
> Suite 22
> West Des Moines, IA  50265
> Phone:  515-444-8035
> FAX:    515-446-9590
> E-mail: mark@iowalawking.com

By: _____

Mark A. King        AT0004132
**ATTORNEY FOR PLAINTIFF**

**EXHIBIT**

**A**

E-FILED  2026 APR 16 8:58 PM SCOTT - CLERK OF DISTRICT COURT

## IOWA DISTRICT COURT IN AND FOR SCOTT COUNTY

| | |
|---|---|
| WALTER HALL,<br><br>     Plaintiff,<br><br>v.<br><br>CPC PARTS DELIVERY LLC and CPC SERVICES, INC.,<br><br>     Defendants. | CASE NO.<br><br><br>**CIVIL ORIGINAL NOTICE** |

**TO THE ABOVE-NAMED DEFENDANT:**

You are notified there is a Petition on file in the office of the Clerk of the above Court. A copy of this filing is attached. The Petitioner's attorney is Mark A. King, whose address is 1000 73rd Street, Suite 22, West Des Moines, IA 50265. The Petitioner's attorney's phone number is (515) 444-8035, with a facsimile transmission number of (515) 446-9590.

You must serve a Motion or Answer within 20 days after service of this Original Notice upon you, and within a reasonable time thereafter, file your Motion or Answer with the Clerk of Court for Scott County by utilizing electronic filing at https://www.iowacourts.state.ia.us/Efile. If you do not, judgment by default may be rendered against you for the relief demanded in the petition. You must e-file pursuant to Iowa Court Rules Chapter 16 for general rules and information on electronic filing. Chapter 16, division VI relates to the protection of personal information in court filings.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 563-328-4145. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

(SEAL)

---

CLERK OF THE ABOVE COURT
Scott County Courthouse
400 West 4th Street
Davenport, IA  52801

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

E-FILED  2026 APR 17 8:44 AM SCOTT - CLERK OF DISTRICT COURT

# Iowa Judicial Branch

*Case No.*    **LACE140695**

*County*    **Scott**

*Case Title*    HALL WALTER VS CPC PARTS DELIVERY LLC

You must file your Appearance and Answer on the Iowa Judicial Branch eFile System, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless the court has excused you from filing electronically (*see* Iowa Court Rule 16.302).

Register for the eFile System at www.iowacourts.state.ia.us/Efile to file and view documents in your case and to receive notices from the court.

For general rules and information on electronic filing, refer to the Iowa Rules of Electronic Procedure in chapter 16 of the Iowa Court Rules at www.legis.iowa.gov/docs/ACO/CourtRulesChapter/16.pdf.

Court filings are public documents and may contain personal information that should always be kept confidential.  For the rules on protecting personal information, refer to Division VI of chapter 16 of the Iowa Court Rules and to the Iowa Judicial Branch website at www.iowacourts.gov/for-the-public/representing-yourself/protect-personal-information/.

*Scheduled Hearing:*

If you need assistance to participate in court due to a disability, call the disability access coordinator at **(563) 328-4145** . Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942). For more information, see www.iowacourts.gov/for-the-public/ada/.  **Disability access coordinators cannot provide legal advice.**

*Date Issued*  **04/17/2026 08:44:18 AM**



*District Clerk of Court or/by Clerk's Designee of* Scott    *County*
**/s/ Emma Muhleman**

E-FILED  2026 APR 16 8:58 PM SCOTT - CLERK OF DISTRICT COURT

## IOWA DISTRICT COURT IN AND FOR SCOTT COUNTY

| | |
|---|---|
| WALTER HALL,<br><br>   Plaintiff,<br><br>v.<br><br>CPC PARTS DELIVERY LLC, and CPC SERVICES, INC.<br><br>   Defendants. | CASE NO.<br><br><br><br>**PETITION AT LAW** |

**COME NOW** the above Plaintiff, by and through the undersigned attorney, and for his cause of action against the above-named Defendants, states as follows:

1. At all material times the Plaintiff, Walter Hall (hereinafter referred to Hall) was a resident of Scott County, Iowa.

2. At all material times the Defendant, CPC Parts Delivery LLC, (hereinafter referred to as CPC), was a company registered and licensed to do business in the State of Iowa with a place of business in Scott County and a registered agent in Des Moines, Iowa.

3. At all material times the Defendant, CPC Services, Inc., (hereinafter referred to as CPC Services), was a company registered and licensed to do business in the State of Iowa with a place of business in Scott County and a registered agent in Des Moines, Iowa.

4. The actions giving rise to this lawsuit occurred both in Scott County, Iowa and Rock Island County, Illinois.

5. The Iowa District Court for Scott County is the proper venue for this action.

6. This action meets all applicable jurisdictional requirements for the amount and controversy, pursuant to Iowa Code Section 619.18.

E-FILED  2026 APR 16 8:58 PM SCOTT - CLERK OF DISTRICT COURT

**COUNT I - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

7. Hall was an employee of CPC and/or CPC Services and hired out of the Davenport office as a spotter.

8. On or about October 24, 2023, Hall was discussing politics with a coworker of CPC and/or CPC Services, Mark Johnson (hereinafter Johnson) in regard to Donald Trump's anti-immigrant rhetoric consistent with white supremacism.

9. Johnson and Hall, co-workers at CPC and/or CPC Services, started to argue about the matter.

10. Hall is African-American and Johnson is Caucasian.

11. Johnson then began discussing his ability to get overtime hours because he was "white".

12. Johnson proceeded to call Hall a "bitch" on several occasions.

13. Johnson then challenged Hall to a physical fight.

14. Hall (age 71) refused Johnson's invitation to a physical confrontation.

15. Johnson then reported Hall (for allegedly punching Johnson) to his supervisors at CPC and/or CPC Services in the Davenport office.

16. About five days later, Hall was called into a meeting with Shawne Koch (pronounced Shawn Cook) in the Davenport office.

17. Koch was the operations manager for CPC and/or CPC Services at the Davenport office and also another of Hall's superiors at CPC and/or CPC Services.

18. Koch took Hall's badge and offered Hall the choice to resign or be terminated.

19. Koch and Johnson thereafter conspired in Davenport to report Hall to police.

20. Hall was thereafter criminally charged in Illinois for assault related to Johnson's false allegations that Hall had punched Johnson while working for CPC and/or CPC Services.

Removal Exh. A
Page 5 of 13

E-FILED  2026 APR 16 8:58 PM SCOTT - CLERK OF DISTRICT COURT

21.     Hall's assault charge went to trial on October 15, 2024 and the case was dismissed on directed verdict after testimony of Johnson who remained an employee of CPC and/or CPC Services at this time.

22.     Johnson's false and baseless allegations of assault constituted tortious infliction of severe emotional distress.

23.     Johnson's intentional false allegations of assault, including racially insensitive and discriminatory behavior, were so egregious and socially offensive to constitute outrageous conduct.

24.     Koch is an operations manager at CPC and/or CPC Services, and she serves there in a supervisory role including but not limited to hiring/firing.

25.     Brad Howard is another employee of CPC and/or CPC Services who supervised Hall.

26.     Koch communicated with Johnson and Howard and conspired to effectuate Hall's termination and subsequent criminal charges from the Davenport CPC and/or CPC Services office.

27.     Koche testified under oath that she was the operations manager for CPC Parts Delivery LLC on January 11, 2024.

28.     Koche thereafter submitted a sworn affidavit under oath to the Scott County District Court, dated January 30, 2026, that she had never worked for CPC Parts Delivery LLC and/or CPC Logistics, Inc. and that she instead had worked for CPC Services, Inc. since prior to October 24, 2023.

> 7. I am now, and have been since prior to October 24, 2023, an employee of CPC Services, Inc.

E-FILED  2026 APR 16 8:58 PM SCOTT - CLERK OF DISTRICT COURT

29.     Johnson, in concert with Brad Howard (another employee of CPC and/or CPC Services) and Koch, intentionally caused Hall severe emotional distress and damages including, but not limited to, pain and suffering, lost wages and attorney fees.

30.     The outrageous and intentional conduct of Howard, Koch and Johnson was a proximate cause (both in law and in fact) of Hall's severe emotional distress and damages including, but not limited to, pain and suffering, lost wages and attorney fees occurring through October 15, 2024 when Johnson testified in Court that Hall assaulted him and through January 30, 2026 and February 2, 2026 when Koche submitted knowingly false written testimony to the Court.

31.     Howard, Koch and Johnson acted within the scope and course of their employment, and under authority and supervision of CPC and/or CPC Services, while acting as their employee, principal or agent and thus, CPC and/or CPC Services is liable for the tortious conduct of Howard, Koche and Johnson pursuant to the doctrine of Respondeat Superior.

## COUNT II - MALICIOUS PROSECUTION

32.     Plaintiff incorporates paragraphs 1 through 31 herein.

33.     Based on the false allegations of assault (made in Iowa and Illinois) by Johnson, Koch and/or Howard, Hall was prosecuted in Rock Island County, Illinois for assault on October 15, 2024.

34.     Johnson, in agreement with Koch and Howard, submitted false reports (written and/or verbal) to police that Hall physically attacked and assaulted Johnson which was the cause of malicious prosecution of Plaintiff, coupled with Koch's false sworn statements.

35.     Johnson, in conspiracy with Koch and Hall, presented no credible evidence of assault and the case was dismissed in favor of Hall on directed verdict on October 15, 2024.

E-FILED  2026 APR 16 8:58 PM SCOTT - CLERK OF DISTRICT COURT

36. Johnson, Howard and/or Koch cooperated with local state prosecutors to pursue the criminal charges against Hall from the office in Davenport.

37. Johnson, Howard and Koch acted without probable cause and with racially motivated malice.

38. The malicious prosecution proximately caused Hall damages, including, but not limited to, pain and suffering, lost wages and attorney fees.

39. Howard, Koch and/or Johnson acted within the scope and course of their employment in an attempt to support the wrongful termination of Hall on behalf of CPC and/or CPC Services. The fraudulent conspiracy continued through at least January 30, 2026, when Koche submitted (with her attorney) a false sworn statement to the Court on behalf of CPC Services, Inc.

40. Howard, Koch and Johnson acted within the scope and course of their employment, and under authority and supervision of CPC and/or CPC Services, while acting as their employee, principal or agent and thus, CPC and/or CPC Services is liable for the tortious conduct of Howard, Koche and Johnson pursuant to the doctrine of Respondeat Superior.

## COUNT III – DEFAMATION, LIBEL AND SLANDER

41. Plaintiff incorporates paragraphs 1 through 40 herein.

42. Johnson, Howard and/or Koch engaged in false allegations against Hall disparaging his character and proximately causing malicious prosecution, under the color of racial discrimination, continuing through October 15, 2024 and into January 30, 2026.

43. Johnson, Howard and/or Koch committed defamation, libel and slander when publishing this information to local public authorities, including the local police and prosecutors.

Removal Exh. A
Page 8 of 13

5

E-FILED 2026 APR 16 8:58 PM SCOTT - CLERK OF DISTRICT COURT

44.    Defendants' Johnson, Howard and/or Koch made false information public through local police and courts in addition to the telephone calls to police from Davenport where employment decisions were made.

45.    The conduct of Howard, Johnson and/or Koch proximately caused Hall damages, including, but not limited to, pain and suffering, lost wages and attorney fees.

46.    Howard, Koch and/or Johnson acted within the scope and course of their employment, and under authority and supervision of CPC and/or CPC Services, while acting as their employee, principal or agent and thus, CPC and/or CPC Services is liable for the tortious conduct of Howard, Koch and Johnson pursuant to the doctrine of Respondeat Superior.

47.    The actions of Johnson, Howard and/or Koch were made and motivated in attempt to support Hall's wrongful termination.

### COUNT IV – ABUSE OF PROCESS

48.    Plaintiff incorporates paragraphs 1 through 47 by reference herein.

49.    On or about October 24, 2023, January 11, 2024, October 15, 2024 and January 30, 2026, and February 2, 2026, Defendants intentionally used false premises in a continuing scheme to manipulate Hall's wrongful termination, subsequent criminal charges in Illinois by actions made at its Davenport office and knowingly false statements before the Iowa District Court for Scott County.

50.    On or about January 11, 2024, Koch, under oath, testified that she was an employee (operations manager) of CPC Parts Delivery LLC.

51.    On February 2, 2026, Koch submitted a sworn affidavit "under penalty of perjury" to the Iowa District Court for Scott County that she had never worked for CPC Logistics, Inc. and/or CPC Parts Delivery LLC dating back to October 24, 2023.

Removal Exh. A
Page 9 of 13

E-FILED  2026 APR 16 8:58 PM SCOTT - CLERK OF DISTRICT COURT

52.   On January 19, 2026, Koch intentionally evaded service when the process server presented lawsuit papers to serve "Shawn Coach" at her home. Koch denied her name was "Shawn Coach" and shut the door on the process server before he could serve the papers.

53.   Beginning October 24, 2023 and continuing through February 2, 2026, Koch, Johnson and Howard have used the legal process intentionally, improperly and not for its intended use.

54.   Howard, Koch and/or Johnson acted within the scope and course of their employment, and under authority and supervision of CPC and/or CPC Services, while acting as their employee, principal or agent and thus, CPC and/or CPC Services is liable for the tortious conduct of Howard, Koch and Johnson pursuant to the doctrine of Respondeat Superior.

55.   Defendants' use of the legal process for an improper purpose was a cause of damage to Plaintiff including but not limited to pain and suffering, lost wages and attorney fees.

## COUNT V – PUNITIVE DAMAGES

56.   The Plaintiff hereby incorporates paragraphs 1 through 55.

57.   All Defendants' conduct constituted a willful and wanton disregard for the rights and safety of Plaintiff.

58.   Defendants' conduct is of the type warranting punitive damages.

WHEREFORE, Plaintiff prays that the Court enter judgment against Defendants for such sums as the jury deems fully, fairly and adequately compensates him for his damages, for interest on the judgment in the maximum amount provided by law and for costs of this action.

Removal Exh. A
Page 10 of 13

E-FILED  2026 APR 16 8:58 PM SCOTT - CLERK OF DISTRICT COURT

Respectfully submitted,


**KING LAW, PLLC**
1000 73rd Street
Suite 22
West Des Moines, IA  50265
Phone:  515-444-8035
FAX:    515-446-9590
E-mail: mark@iowalawking.com

By: _____

Mark A. King        AT0004132
**ATTORNEY FOR PLAINTIFF**

Removal Exh. A
Page 11 of 13

E-FILED  2026 APR 20 6:52 AM SCOTT - CLERK OF DISTRICT COURT

# AFFIDAVIT OF SERVICE

STATE OF IOWA    )
             )                 Case No: _____LACE140695_____

COUNTY OF POLK )           Date Received: ___4/18/26___

I, being first duly sworn, depose and say that I received and served:

| | |
|---|---|
| X Original Notice | _____ Application for Hearing of |
| X Petition | Temporary Issues |
| X Jury Demand | _____ Summons |
| _____ Subpoena Duces Tecum | _____ Complaint |
| _____ Petition for Dissolution of Marriage | _____ Notice to Quit |
| _____ Family Law Case Requirements Order | _____ Notice of Nonpayment |
| _____ Order: Pretrial Conf / Discovery | of Rent and Intention to |
| _____ Subpoena | Terminate Rental |
| _____ Notice of Past Due Rent | Agreement |
| _____ Notice of Termination of Tenancy | _____ Appearance and Answer |
| _____ Confidential Information Form | _____ Notice Non-judicial |
| _____ Verification of Account | Foreclosure |
| _____ Order Re: Mediation of Temporary Matters | _____ Demand Letter |
| and Setting Hearing | _____ Exhibit _____ |
| _____ Notice of Forfeiture of Real Estate Contract | _____ Other _____ |
| _____ Order | _____ |
| _____ Application for Rule to Show Cause | |
| _____ Rule to Show Cause / Order for Hearing | _____ Attachments |

Person Served: _CPC Parts Delivery, LLC_

Date Served: _4-17.26_ / _1:15_ A.M./P.M.

_400 E. Court DSM, Ia_
(Address)

Manner of Service
_____ Personally
_____ Dwelling House, to person residing therein who was over the age of 18.
_____ Apartment Building
_____ Spouse, who lives at the dwelling house.
__X__ Corporation/State Official

_w/ CT Corp - By Agent_
NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED

_____
Subscribed and sworn to me by Wendy Young
this ___20___ day of ___Apr___, 2026

_____
Notary Public for the State of Iowa

Service Fee: _75_

Removal Exh. A
Page 12 of 13

ALI NEY
Commission Number 813598
My Commission Expires
November 5, 2027

E-FILED  2026 APR 20 6:52 AM SCOTT - CLERK OF DISTRICT COURT

## AFFIDAVIT OF SERVICE

STATE OF IOWA          )
                       )
COUNTY OF POLK  )

Case No: _LACE740695_

Date Received: _4 / 17 / 26_

I, being first duly sworn, depose and say that I received and served:

__X__ Original Notice
__X__ Petition
__X__ Jury Demand
_____ Subpoena Duces Tecum
_____ Petition for Dissolution of Marriage
_____ Family Law Case Requirements Order
_____ Order: Pretrial Conf / Discovery
_____ Subpoena
_____ Notice of Past Due Rent
_____ Notice of Termination of Tenancy
_____ Confidential Information Form
_____ Verification of Account
_____ Order Re: Mediation of Temporary Matters
          and Setting Hearing
_____ Notice of Forfeiture of Real Estate Contract
_____ Order
_____ Application for Rule to Show Cause
_____ Rule to Show Cause / Order for Hearing

_____ Application for Hearing of
          Temporary Issues
_____ Summons
_____ Complaint
_____ Notice to Quit
____ Notice of Nonpayment
          of Rent and Intention to
          Terminate Rental
          Agreement
_____ Appearance and Answer
_____ Notice Non-judicial
          Foreclosure
_____ Demand Letter
_____ Exhibit _____
_____ Other _____
          _____
          _____
_____ Attachments

Person Served: _CPC Services, Inc_

Date Served: _4.14.26_ / _1:15_ A.M./P.M.

_400 E. court Dsm. Ia_
(Address)

Manner of Service
_____ Personally
_____ Dwelling House, to person residing therein who was over the age of 18.
_____ Apartment Building
_____ Spouse, who lives at the dwelling house.
__X__ Corporation/State Official

_c/o CT corp- by Agent_
NAME AND TITLE OR RELATIONSHIP OF INDIVIDUAL SERVED

Subscribed and sworn to me by Wendy Young
this __20__ day of ___Apr___, 2026

Service Fee:_____

Notary Public for the State of Iowa

ALI NEY
Commission Number 813598
My Commission Expires
November 5, 2027

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| WALTER HALL, | ) |
| | ) |
| Plaintiff, | ) CASE NO. |
| | ) |
| v. | ) |
| | ) |
| CPC PARTS DELIVERY LLC, and | ) |
| CPC SERVICES, INC. | ) |
| | ) |
| Defendants. | ) |

## DUANE TROWER's DECLARATION AND CONSENT TO REMOVAL

State of Missouri    )
                     ) ss:
County of St. Louis  )

NOW COMES the undersigned affiant, and certifies under penalty of perjury and pursuant to the laws of the State of Iowa that if called upon to testify on the following matters, I would testify as follows:

1.     My name is Duane Trower.

2.     I am over the age of 18 years, and competent to testify.

3.     I am the CEO of CPC Services, Inc. and have personal knowledge of the business operations of CPC Services, Inc., and of CPC Parts Delivery, LLC.

4.     CPC Services, Inc. owns 100% of the membership units of CPC Parts Delivery, LLC.

5.     CPC Services, Inc. is/was incorporated in the State of Missouri on October 28, 2005. See Exhibit A from the Missouri Secretary of State.

6.     CPC Services, Inc.'s principal place of business is 14528 South Outer 40 Road, Suite 210, Chesterfield, MO 63017. CPC Services, Inc.'s principal place of business is the location where the corporation's officers direct, control and coordinate corporate activities and is where CPC

1

EXHIBIT

B

Services, Inc.'s headquarters is located, and is the company's center of direction, control and coordination, i.e., its "nerve center."

7.      CPC Parts Delivery, LLC is a Missouri limited liability company whose sole member is CPC Services, Inc., which as stated above is a citizen of Missouri.

8.      CPC Parts Delivery, LLC is organized in Missouri. See Exhibit B from the Missouri Secretary of State.

9.      CPC Parts Delivery, LLC's principal place of business is 14528 South Outer 40 Road, Suite 210, Chesterfield, MO 63017. CPC Parts Delivery, LLC's principal place of business is the location where the executive officers direct, control and coordinate its business activities and is where CPC Parts Delivery, LLC's headquarters is located and is the company's center of direction, control and coordination, i.e., its "nerve center."

10.     I have personal knowledge of the compensation that Walter Hall received as an employee of CPC Parts Delivery, LLC.

11.     Walter Hall was first hired by CPC Parts Delivery, LLC on January 10, 2023 as a "spotter", which means he drove trucks for the LLC.

12.     Walter Hall's employment anticipated regular working hours of 8 hours per day.

13.     Walter Hall's rate of pay was $29.15 per hour, and he was overtime eligible.

14.     Walter Hall voluntarily resigned his employment on October 24, 2023.

15.     Walter Hall's voluntary resignation was accepted and he was formally terminated by CPC Parts Delivery, LLC on October 30, 2023.

16.     Over the period of time that Walter Hall worked between January 10, 2023 and October 24, 2023, he earned gross wages of $67,369.85.

17.    On behalf of CPC Parts Delivery, LLC and CPC Services, Inc., I consent to the removal of Case No. LACE140695 from the Iowa District Court of Scott County, Iowa in which it was brought to this United States District Court for the Southern District of Iowa, Eastern Division.

Further affiant sayeth not.

Signed this 4TH day of May, 2026

*Duane Trower*

Duane Trower

Address: 14528 S OUTER 40 RD STE 210 CHESTERFIELD MO 63017

Telephone: 314 542 2266

Email: D.TROWER @ CPCLOGISTICS.COM

# Denny Hoskins
## Missouri Secretary of State

**MISSOURI ONLINE BUSINESS FILING**

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | ? Help |
|---|---|---|---|---|---|

## Search for a Business Entity

Required Field *

**Exact Match searches should include corporate designations (inc., llc, etc.) and punctuation.**

**We recommend you do not include these for other searches.**

Search | Business Name ▾

### Search for a Business Entity

Business Name * | CPC Services, Inc.

Includes names | Starting With ▾      ☐ Only Active Corporations

**SEARCH**

**Search Results as of 5/5/2026 10:42 AM**

Change page: |◄ ◄ ► ►|                                   Page 1 of 1, items 1 to 1 of 1.

| Business Name | Charter No. | Type | Status | Created | Registered Agent Name |
|---|---|---|---|---|---|
| **CPC Services, Inc.** | 00694461 | Gen. Business - For Profit (Domestic) | Good Standing | 10/28/2005 | CPC LOGISTICS INC. |

Change page: |◄ ◄ ► ►|                                   Page 1 of 1, items 1 to 1 of 1.

Removal Exh. B
Page 4 of 8

EXHIBIT
A



# Denny Hoskins
## Missouri Secretary of State

## MISSOURI ONLINE BUSINESS FILING

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | | ❓ Help |
|---|---|---|---|---|---|---|

## Gen. Business - For Profit Details as of 5/5/2026

Required Field *

To File Documents - select the filing from the "Create Filing" list, then click FILE ONLINE.

**To terminate an entity two documents are required:**
    **General Business and Nonprofit - Articles of Dissolution followed by Articles of Termination**
    **Limited Liability Companies - Notice of Winding up followed by Articles of Termination**

File Registration Reports - click FILE REGISTRATION REPORT.

Copies or Certificates - click ORDER COPIES/CERTIFICATES.

**RETURN TO SEARCH RESULTS**

Create Filing

Articles of Amendment ⌄

**FILE ONLINE**

**ORDER COPIES/ CERTIFICATES**

| General Information | Filings | Principal Office Address |
|---|---|---|

| | | | |
|---|---|---|---|
| Name(s) | **CPC Services, Inc.** | Principal Office Address | **14528 South Outer 40 Rd Ste 210 Chesterfield, MO 63017-5743** |
| Type | **Gen. Business - For Profit** | Charter No. | **00694461** |
| Domesticity | **Domestic** | Home State | **MO** |
| Registered Agent | **CPC LOGISTICS INC. 14528 S. Outer 40 Rd., Ste. 210 Chesterfield, MO 63017** | Status | **Good Standing** |
| Date Formed | **10/28/2005** | | |
| Duration | **Perpetual** | | |
| Renewal Month | **October** | | |
| Report Due | **1/31/2027** | | |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.

# Denny Hoskins
Missouri Secretary of State

**MISSOURI ONLINE BUSINESS FILING**

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | ❓ Help |
| --- | --- | --- | --- | --- | --- |

## Search for a Business Entity

Required Field *

Exact Match searches should include corporate designations (inc., llc, etc.) and punctuation.

**We recommend you do not include these for other searches.**

Search  [Business Name ⌄]

### Search for a Business Entity

Business Name *  CPC Parts Delivery, LLC

Includes names  [Starting With ⌄]    ☐ Only Active Corporations

**SEARCH**

**Search Results as of 5/5/2026 11:38 AM**

Change page: |◀ ◀ ▶ ▶|                    Page 1 of 1, items 1 to 1 of 1.

| Business Name | Charter No. | Type | Status | Created | Registered Agent Name |
| --- | --- | --- | --- | --- | --- |
| CPC Parts Delivery, LLC | LC0694471 | Limited Liability Company (Domestic) | Active | 12/31/2005 | CPC Services, Inc. |

Change page: |◀ ◀ ▶ ▶|                    Page 1 of 1, items 1 to 1 of 1.

EXHIBIT
B



| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | ⓘ Help |
|---|---|---|---|---|---|

## Limited Liability Company Details as of 5/5/2026

Required Field *

To File Documents - select the filing from the "Create Filing" list, then click FILE ONLINE.

**To terminate an entity two documents are required:**
**General Business and Nonprofit - Articles of Dissolution followed by Articles of Termination**
**Limited Liability Companies - Notice of Winding up followed by Articles of Termination**

File Registration Reports - click FILE REGISTRATION REPORT.

Copies or Certificates - click ORDER COPIES/CERTIFICATES.

**RETURN TO SEARCH RESULTS**

**ORDER COPIES/ CERTIFICATES**

Create Filing

Amendment to Articles of Organization ⌄

**FILE ONLINE**

| General Information | Filings | Principal Office Address |
|---|---|---|

| | | | |
|---|---|---|---|
| Name(s) | **CPC Parts Delivery, LLC** | Principal Office Address | |
| Type | **Limited Liability Company** | Charter No. | **LC0694471** |
| Domesticity | **Domestic** | Home State | **MO** |
| Registered Agent | CPC Services, Inc. **14528 S. Outer 40 Rd., Ste. 210 Chesterfield, MO 63017** | Status | **Active** |
| Date Formed | **12/31/2005** | | |
| Duration | **Perpetual** | | |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.

# Denny Hoskins
## Missouri Secretary of State

## MISSOURI ONLINE BUSINESS FILING

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | ❓ Help |
|---|---|---|---|---|---|

## Limited Liability Company Details as of 5/5/2026

Required Field *

To File Documents - select the filing from the "Create Filing" list, then click FILE ONLINE.

**To terminate an entity two documents are required:**
**General Business and Nonprofit - Articles of Dissolution followed by Articles of Termination**
**Limited Liability Companies - Notice of Winding up followed by Articles of Termination**

File Registration Reports - click FILE REGISTRATION REPORT.

Copies or Certificates - click ORDER COPIES/CERTIFICATES.

| RETURN TO SEARCH RESULTS | Create Filing | FILE ONLINE |
|---|---|---|

Amendment to Articles of Organization ⌄

ORDER COPIES/ CERTIFICATES

| General Information | Filings | Principal Office Address |
|---|---|---|

**Principal Office Address**      ☐ Show Previous Principal Office Address

| Type | Address | Since | To |
|---|---|---|---|
| Reg. Office | 14528 S. Outer 40 Rd., Ste. 210 Chesterfield,, MO 63017 | 8/12/2021 | |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.



This is the official website of the Iowa Secretary of State   Here's how you know

**IOWA SECRETARY OF STATE**

# Paul D. Pate

Home        Businesses        Elections        Notaries        Programs        About

# Business Entity Summary

| Address | Agent | Filings | Names | Officers |
|---------|-------|---------|-------|----------|

| Protected Series | Stock | Summary |
|------------------|-------|---------|

| Print Page | Search Again | Back to Results | Print Certificate of Registration |
|------------|--------------|-----------------|-----------------------------------|

Searched: cpc services

| Business No. | Legal Name | Status |
|--------------|------------|--------|
| 330816 | CPC SERVICES, INC. | Active |
| **Type** | **State of Inc.** | **Modified** |
| Legal | MO | No |
| **Expiration Date** | **Effective Date** | **Filing Date** |
| PERPETUAL | 7/14/2006 1:52 PM | 7/14/2006 1:52 PM |
| **Chapter** | | |
| CODE 490 FOREIGN PROFIT | | |

**EXHIBIT**

**C**

# Names (Viewing 1 of 1)

| Type | Status | Modified | Name |
|------|--------|----------|------|
| Legal | Active | No | CPC SERVICES, INC. |

# Registered Agent or Reserving Party

**Full Name**

C T CORPORATION SYSTEM

| **Address** | **Address 2** |
|-------------|---------------|
| 400 E COURT AVE | |

**City, State, Zip**

DES MOINES, IA, 50309

# Principal Office

**Full Name**



| **Address** | **Address 2** |
|-------------|---------------|
| 14528 S. OUTER 40 RD. | STE. 210 |

**City, State, Zip**

CHESTERFIELD, MO, 63017

↑ **Back to Top**

🇺🇸 This is the official website of the Iowa Secretary of State   Here's how you know



**IOWA SECRETARY OF STATE**

# Paul D. Pate

Home        Businesses        Elections        Notaries        Programs        About

# Business Entity Summary

Address        Agent        Filings        Names        Officers

Protected Series        Stock        Summary

| Print Page | Search Again | Back to Results | Print Certificate of Registration |
|---|---|---|---|

Searched: cpc parts delivery

| Business No. | Legal Name | Status |
|---|---|---|
| 322111 | CPC PARTS DELIVERY, LLC | Active |
| **Type** | **State of Inc.** | **Modified** |
| Legal | MO | No |
| **Expiration Date** | **Effective Date** | **Filing Date** |
| PERPETUAL | 12/23/2005 10:23 AM | 12/23/2005 10:23 AM |
| **Chapter** | | |

CODE 489 FOREIGN LIMITED LIABILITY COMPANY



EXHIBIT

D

# Names (Viewing 1 of 1)

| Type | Status | Modified | Name |
|------|--------|----------|------|
| Legal | Active | No | CPC PARTS DELIVERY, LLC |

# Registered Agent or Reserving Party

**Full Name**

C T CORPORATION SYSTEM

| **Address** | **Address 2** |
|-------------|---------------|
| 400 E COURT AVE | |

**City, State, Zip**

DES MOINES, IA, 50309

# Principal Office

**Full Name**

| **Address** | **Address 2** |
|-------------|---------------|
| 14528 S. OUTER 40 RD | STE. 210 |

**City, State, Zip**

CHESTERFIELD, MO, 63017

↑ **Back to Top**